| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Riverrock Recycling & Crushing, LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **DBA  River Rock** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0752058** |
| 4. | **Debtor's address** | **Principal place of business**  **1001 Brandt Pike**  **Dayton, OH 45404**  Number, Street, City, State & ZIP Code  **Montgomery**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.riverrockcrushing.com/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Riverrock Recycling & Crushing, LLC**_____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Riverrock Recycling & Crushing, LLC**　　　　　　　　　　Case number (*if known*)
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
　　　　Contact name
　　　　Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49　　　　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　　　☐ 5001-10,000　　　　☐ 50,001-100,000
☐ 100-199　　　　　☐ 10,001-25,000　　　☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million　　　 ☐ $100,000,001 - $500 million　 ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　■ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion

Debtor **Riverrock Recycling & Crushing, LLC** _____ Case number (*if known*) _____
    Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Riverrock Recycling & Crushing, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 12, 2021**
  MM / DD / YYYY

X **/s/ Orville E. Lykins**  **Orville E. Lykins**
Signature of authorized representative of debtor  Printed name

Title **Operations Manager**

**18. Signature of attorney**  X **/s/ Darlene E. Fierle**  Date **August 12, 2021**
Signature of attorney for debtor  MM / DD / YYYY

**Darlene E. Fierle 0081217**
Printed name

**Law Offices of Ira H. Thomsen**
Firm name

**140 North Main Street, Suite A**
**P.O. Box 639**
**Springboro, OH 45066**
Number, Street, City, State & ZIP Code

Contact phone **937-748-5001**  Email address **dfierle@ihtlaw.com**

**0081217 OH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Riverrock Recycling & Crushing, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **August 12, 2021**           X **/s/ Orville E. Lykins**
                                              Signature of individual signing on behalf of debtor

                                              **Orville E. Lykins**
                                              Printed name

                                              **Operations Manager**
                                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Riverrock Recycling & Crushing, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Adonna Friezell**<br>4845 Powell Road<br>Huber Heights, OH 45424 | | **Wages** | | | | **Unknown** |
| **AggCorp Equipment**<br>C/O Commercial Collection Bureau<br>149 Thompson Ave E, Suite 214<br>Saint Paul, MN 55118 | | **Trade Debt** | | | | **$44,000.00** |
| **Banc of America Leasing and Capital, LLC**<br>2500 W. Big Beaver Road<br>Troy, MI 48084 | | **Deficiency balance from 2012 Volvo Excavator w/Bucket EC380DL** | **Contingent Unliquidated Disputed** | $256,622.90 | $99,400.00 | $216,360.25 |
| **Betsy Shafford**<br>1737 Fairlyn Drive<br>Beavercreek, OH 45432 | | **Wages** | | | | **Unknown** |
| **D&L Equipment**<br>3203 Brooklyn Road<br>Jackson, MI 49203 | | **Trade Debt** | | | | **$32,927.30** |
| **D&S Auto Parts, dba Napa Auto Parts**<br>700 N. University Blvd.<br>Middletown, OH 45042 | | **Judgment Lien. Does not secure to any equity in Debtor's Property.** | | | | **$7,261.13** |
| **David Adkins**<br>1181 Pebbles Drive<br>Fairborn, OH 45324 | | **Wages** | | | | **Unknown** |

Debtor **Riverrock Recycling & Crushing, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **De Lage Landen Financial Services, Inc.**  **1111 Old Eagle School Road**  **Wayne, PA 19087** | | **Judgment Lien. Does not secure any equity in Debtor's Property. Deficiency balance from 2013 Hyundai Wheel Loader 780; HL780XTD-9A; Deficiency balanc** | **Contingent Unliquidated Disputed** | | | $523,295.94 |
| **John Deere Financial**  **P.O. Box 4450**  **Carol Stream, IL 60197-4450** | | **Fuel/Diesel. Trade Debt** | | | | $79,125.06 |
| **Mid Central Op. Eng.s Benefits & Welfare**  **1100 Poplar Street**  **Terre Haute, IN 47808** | | **Dues from Prior Contract Job** | | | | $16,515.70 |
| **Midwest Aggregate Parts, LLC**  **3203 Brookyln Road**  **Jackson, MI 49203** | | **Trade Debt** | | | | $33,048.50 |
| **Ohio Department of Taxation**  **C/O Bankruptcy Division**  **30 East Broad Street, 21st Floor**  **Columbus, OH 43215** | | **1001 Brandt Pike, Dayton, Ohio 45404. No building on Property. Appraised value. Underlying Commerical Activity Tax has been paid but lien is not relea** | **Disputed** | $28,388.51 | $99,400.00 | $28,388.51 |
| **Ohio Department of Taxation**  **C/O Bankruptcy Division**  **30 East Broad Street, 21st Floor**  **Columbus, OH 43215** | | **1001 Brandt Pike, Dayton, Ohio 45404. No building on Property. Appraised value. Underlying Commerical Activity Tax has been paid but lien is not relea** | **Disputed** | $73,514.54 | $99,400.00 | $73,514.54 |

Debtor **Riverrock Recycling & Crushing, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ohio Department of Taxation** **C/O Bankruptcy Division** **30 East Broad Street, 21st Floor** **Columbus, OH 43215** | | **1001 Brandt Pike, Dayton, Ohio 45404. No building on Property. Appraised value. Underlying Commerical Activity Tax has been paid but lien is not relea** | **Disputed** | $57,715.77 | $99,400.00 | $57,715.77 |
| **Ohio Department of Taxation** **C/O Bankruptcy Division** **30 East Broad Street, 21st Floor** **Columbus, OH 43215** | | **1001 Brandt Pike, Dayton, Ohio 45404. No building on Property. Appraised value. Underlying Commerical Activity Tax has been paid but lien is not relea** | **Disputed** | $41,584.60 | $99,400.00 | $41,584.60 |
| **People's United Equipment Finance Corp.** **4225 Naperville Road, Suite 265** **Lisle, IL 60532** | | **1001 Brandt Pike, Dayton, Ohio 45404. No building on Property. Appraised value.** | | | | $928,612.00 |
| **People's United Equipment Finance Corp.** **4225 Naperville Road, Suite 265** **Lisle, IL 60532** | | **2011 Powerscreen Impactor XH500. Missing final drive. $100,000.00 2014 MGL Conveyor Radial. Broke main frame. $10,000.00 2006 Pegson Impactor 141** | **Contingent Unliquidated Disputed** | $254,201.98 | $286,000.00 | $254,201.98 |
| **RECO Equipment, Inc.** **1040 Reed Road** **Monroe, OH 45050** | | **Trade Debt** | | | | $318.00 |
| **Rudd Equipment Company, Inc.** **P.O. Box 77000** **Dept. 77432** **Detroit, MI 48277-0432** | | **Judgment Lien. Does not secure any equity in Debtor's Property.** | | | | $44,246.08 |
| **Rumpke Trash** **P.O. Box 538710** **Cincinnati, OH 45253** | | **Trade Debt** | | | | $302.11 |

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Riverrock Recycling & Crushing, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Daniel Edward Montgomery**<br>**267 Cambridge Drive**<br>**Fairborn, OH 45324** | **Member** | **50%** | **Ownership** |
| **Orville E. Lykins**<br>**1225 Ortego Drive**<br>**Fairborn, OH 45324** | **Member** | **50%** | **Ownership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Operations Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 12, 2021**

Signature  **/s/ Orville E. Lykins**  
**Orville E. Lykins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Adonna Friezell
4845 Powell Road
Huber Heights, OH 45424

AGGCORP
22800 Lakeland Blvd.
Cleveland, OH 44132

AggCorp Equipment
C/O Commercial Collection Bureau
149 Thompson Ave E, Suite 214
Saint Paul, MN 55118

Andrew C. Voorhees
965 Keynote Circle
Independence, OH 44131

Banc of America Leasing and Capital, LLC
2500 W. Big Beaver Road
Troy, MI 48084

Betsy Shafford
1737 Fairlyn Drive
Beavercreek, OH 45432

Bradley D. McPeak, Esq.
Lindgorst & Dreidame Co., LPA
312 Walnut Street, Suite 3100
Cincinnati, OH 45202

D&L Equipment
3203 Brooklyn Road
Jackson, MI 49203

D&S Auto Parts, dba Napa Auto Parts
700 N. University Blvd.
Middletown, OH 45042

Daniel Edward Montgomery
267 Cambridge Drive
Fairborn, OH 45324

Daniel Montgomery
267 Cambridge Drive
Fairborn, OH 45324

David Adkins
1181 Pebbles Drive
Fairborn, OH 45324

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA 19101-1602

Dustin Salyers
7780 Bellefountaine Road
Huber Heights, OH 45424

Jeffrey R. Pfirrman
Graydon Head & Ritchey LLP
312 Walnut Street, Suite 1800
Cincinnati, OH 45202

John Deere Financial
P.O. Box 4450
Carol Stream, IL 60197-4450

John Deere Financial
6400 NW 86th Street
P.O. Box 6600
Johnston, IA 50131-6600

Michael Engle
705 S. Maple Avenue
Fairborn, OH 45324

Mid Central Op. Eng.s Benefits & Welfare
1100 Poplar Street
Terre Haute, IN 47808

Midwest Aggregate Parts, LLC
3203 Brookyln Road
Jackson, MI 49203

Montgomery County Treasurer
451 West Third Street
Dayton, OH 45422

Nicola G. Suglia, Esq.
Fleischer, Fleischer & Suglia
601 Route 73, Suite 305
Marlton, NJ 08053

Ohio Attorney General
Attn: Bankruptcy Unit
150 East Gay Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
C/O Bankruptcy Division
30 East Broad Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

Orville E. Lykins
1225 Ortego Drive
Fairborn, OH 45324

People's United Equipment Finance Corp.
4225 Naperville Road, Suite 265
Lisle, IL 60532

Rachel Mason, Esq.
5181 Natorp Blvd., Suite 202
P.O. Box 498367
Cincinnati, OH 45249

RECO Equipment, Inc.
1040 Reed Road
Monroe, OH 45050

Ricky Fowler
4564 St. Rt. 97E
Perrysville, OH 44864

Robert Grawl, Jr.
1300 Post Oak Blvd.
Suite 1300
Houston, TX 77056

Robery Boich, Special Counsel
6245 Emerald Pkwy, Ste B
Dublin, OH 43016-3311

Rudd Equipment Company, Inc.
P.O. Box 77000
Dept. 77432
Detroit, MI 48277-0432

Rumpke Trash
P.O. Box 538710
Cincinnati, OH 45253

Steven Blair
136 W. Cedar Road
Medway, OH 45431

VFS US, LLC
P.O. Box 26131
Greensboro, NC 27402

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Riverrock Recycling & Crushing, LLC**                                      Case No.
                                          Debtor(s)                                  Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Riverrock Recycling & Crushing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 12, 2021** | **/s/ Darlene E. Fierle** |
| Date | **Darlene E. Fierle 0081217** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Riverrock Recycling & Crushing, LLC** |
| | **Law Offices of Ira H. Thomsen** |
| | **140 North Main Street, Suite A** |
| | **P.O. Box 639** |
| | **Springboro, OH 45066** |
| | **937-748-5001 Fax:937-748-5003** |
| | **dfierle@ihtlaw.com** |

## United States Bankruptcy Court
### Southern District of Ohio

In re **Riverrock Recycling & Crushing, LLC**                                          Case No.
                                    Debtor(s)                                         Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Orville E. Lykins**, declare under penalty of perjury that I am the **Operations Manager** of **Riverrock Recycling & Crushing, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **12th** day of **August**, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Orville E. Lykins**, **Operations Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Orville E. Lykins**, **Operations Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Orville E. Lykins**, **Operations Manager** of this Corporation is authorized and directed to employ **Darlene E. Fierle 0081217**, attorney and the law firm of **Law Offices of Ira H. Thomsen** to represent the corporation in such bankruptcy case."

Date **August 12, 2021**                                    Signed **/s/ Orville E. Lykins**
                                                                    **Orville E. Lykins**

Resolution of Board of Directors
of
**Riverrock Recycling & Crushing, LLC**

  Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

  Be It Therefore Resolved, that **Orville E. Lykins**, **Operations Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

  Be It Further Resolved, that **Orville E. Lykins**, **Operations Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

  Be It Further Resolved, that **Orville E. Lykins**, **Operations Manager** of this Corporation is authorized and directed to employ **Darlene E. Fierle 0081217**, attorney and the law firm of **Law Offices of Ira H. Thomsen** to represent the corporation in such bankruptcy case.

| Date | **August 12, 2021** | Signed | **/s/ Orville E. Lykins** |
|---|---|---|---|
| | | | **Orville E. Lykins,** |
| Date | **August 12, 2021** | Signed | **/s/ Daniel Montgomery** |
| | | | **Daniel Montgomery** |